UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CHAMBERS OF
JOSE L. LINARES
UNITED STATES DISTRICT JUDGE

MARTIN LUTHER KING, JR.
FEDERAL BUILDING AND COURTHOUSE
50 WALNUT STREET
NEWARK, NJ 07102
973-645-6042

**CLOSED**

July 6, 2005

**LETTER-OPINION AND ORDER**
**ORIGINAL FILED WITH CLERK OF THE COURT**

Aziz Faltas
52 Westside Ave.
Bergenfield, NJ 07621

    Re:    **Faltas v. Great Atlantic & Pacific Tea Co.**
                **Civil Action No. 04-CV-4670 (JLL)**

Dear Mr. Faltas:

    On June 16, 2005, this Court ordered plaintiff to effect service upon defendant by June 28, 2005. Defendant has not been served. Accordingly, this action is dismissed.

    SO ORDERED.

                                                               /s/ Jose L. Linares
                                                              United States District Judge